No. 11-5814. Robert Mark Purchase, Petitioner v. Florida.

565 U.S. 1151, 132 S. Ct. 1082, 181 L. Ed. 2d 800, 2012 U.S. LEXIS 467.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 952, 132 S. Ct. 419, 181 L. Ed. 2d 273, 2011 U.S. LEXIS 7442.